

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2021

No. 04-21-00388-CV

**IN THE INTEREST OF J.I.C., A CHILD**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI17323
Honorable Larry Noll, Judge Presiding

# O R D E R

The reporter's record in this case was originally due October 18, 2021, but was not filed. On October 21, 2021 this court notified the court reporter that the reporter's record was late and directed the court reporter to either: (1) file a Notification of Late Record within ten days or (2) file the reporter's record within thirty days. The court reporter did not respond to our letter. Accordingly, we **ORDER** the court reporter to file the record **by December 15, 2021.** If the court reporter does not comply with this order, we may initiate contempt proceedings.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2021.

MICHAEL A. CRUZ, Clerk of Court

